IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| MATHEW L. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 180062N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL**[1] |

This matter came before the court on its own motion to dismiss this case for lack of prosecution.

At the case management conference held April 4, 2018, Defendant agreed to waive its motion to dismiss and to consider additional documents Plaintiff had in support of his claimed Schedule A itemized deductions for the 2014 tax year. Plaintiff agreed to submit the additional documentation to Defendant by May 4, 2018; Defendant agreed to file written recommendations by June 4, 2018; and Plaintiff agreed to file his response by July 5, 2018. The court entered a Journal Entry on April 5, 2018, to memorialize the agreement.

On May 31, 2018, Defendant filed a status report, requesting Plaintiff's appeal be dismissed because Plaintiff did not provide additional information and Defendant was "unable to make any changes to the audit based on the current substantiation."

The court entered an Order on July 13, 2018, instructing Plaintiff to file a letter with the court within 14 days to explain his failure to comply with the agreement outlined in the Journal

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered August 2, 2018. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

Entry. The Order stated that the court would dismiss this appeal if Plaintiff failed to comply.

Plaintiff's deadline has passed and the court has not received Plaintiff's letter or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this ____ day of August 2018.

ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Allison R. Boomer and entered on August 17, 2018.*

FINAL DECISION OF DISMISSAL  TC-MD 180062N                                        2